FILED

01/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0575

IN THE SUPREME COURT OF THE
STATE OF MONTANA

Case No. DA 23-0575

RIKKI HELD; LANDER B., by and through his guardian Sara Busse;
BADGE B., by and through his guardian Sara Busse; SARIEL
SANDOVAL; KIAN T., by and through his guardian Todd Tanner;
GEORGIANNA FISCHER; KATHRYN GRACE GIBSON-SNYDER;
EVA L., by and through her guardian Mark Lighthiser; MIKA K., by
and through his guardian Rachel Kantor; OLIVIA VESOVICH;
JEFFREY K., by and through his guardian Laura King; NATHANIEL
K., by and through his guardian Laura King; CLAIRE VLASES; RUBY
D., by and through her guardian Shane Doyle; LILIAN D., by and
through her guardian Shane Doyle; TALEAH HERNÁNDEZ,

   Plaintiffs and Appellees,

 vs.

STATE OF MONTANA, GOVERNOR GREG GIANFORTE, MONTANA
DEPARTMENT OF ENVIRONMENTAL QUALITY, MONTANA
DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION,
and MONTANA DEPARTMENT OF TRANSPORTATION,

   Defendants and Appellants.

*ORDER GRANTING UNOPPOSED APPLICATION FOR LEAVE TO
FILE FRIEND OF THE COURT BRIEF*

| | |
|---|---|
| Austin Knudsen | Melissa Hornbein |
| Jeremiah Langston | Barbara Chillcott |
| Aislinn Brown | Western Environmental Law |
| David Dewhirst | Center |
| Derek Oestreicher | 103 Reeder's Alley |
| Timothy Longfield | Helena, MT 59601 |

Morgan Varty
Lee McKenna
Attorneys General Office
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Lee.mckenna@mt.gov
michael.russell@mt.gov
thane.johnson@mt.gov

Phillip L. Gregory
Gregory Law Group
pgregory@gregorylawgroup.com

Mark L. Stermitz
Selena Z. Sauer
Crowley Fleck Attorneys PLLP
ssauer@crowleyfleck.com
mstermitz@crowleyfleck.com

Quentin M. Rhoades
RHOADES & ERICKSON PLLC
430 Ryman Street
Missoula, Montana 59802
courtdocs@montanalawyer.com

hornbein@westernlaw.org
chillcott@westernlaw.org

Nathan Bellinger
Mathew dos Santos
Andrea Rodgers
Our Children's Trust
1216 Lincoln Street
Eugene, OR 97401
nate@ourchildrenstrust.org
andrea@ourchildrenstrust.org
julia@ourchildrenstrust.org

Dustin Lefridge
Roger Sullivan
McGarvey Law
345 1st Avenue East
Kalispell, MT 59901
rsullivan@mcgarveylaw.com
dleftridge@mcgarveylaw.com

Amici parties, having filed their Unopposed Application for Leave to File Friend of the Court Brief, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Application is GRANTED.

Amicus Brief shall be due on or before February 13, 2024.

ELECTRONICALLY SIGNED AND DATED BELOW.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 10 2024